441 A.2d 463

Commonwealth v. Savoy, Appellant.

Submitted January 7, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Nancy D. Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

441 A.2d 463

Commonwealth v. Wallace, Appellant.

Submitted February 25, 1981. Ferris P. Webby, Assistant District Attorney, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and WIEAND, JJ.

Judgment of sentence affirmed.